RHODES, APPELLANT, v. TATE, SUPT., APPELLEE.

[Cite as Rhodes v. Tate (1988), 35 Ohio St. 3d 266.]

(No. 88-18—Decided March 16, 1988.)

For the reasons stated in the decision and judgment entry of the court of appeals below, case No. 1462, filed December 2, 1987, the dismissal of appellant's petition for a writ of a habeas corpus is hereby affirmed.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

SIKORA ET AL., APPELLEES, v. THE STATE OF OHIO, DEPARTMENT OF MENTAL HEALTH, APPELLANT.

[Cite as Sikora v. Ohio Dept. of Mental Health (1988), 35 Ohio St. 3d 266.]

(No. 87-985—Decided March 16, 1988.)

Lou A. D'Apolito and Mary Ann Fabrizi, for appellees Virginia and Raymond Sikora.

Anthony J. Celebrezze, Jr., attorney general, and Susan M. Sullivan, for appellant.

The judgment of the Court of Appeals for Franklin County (case No. 86AP-852), holding that it was improper to dismiss the within cause pursuant to Civ. R. 12(B)(6), is affirmed for the reasons stated by the court of appeals not inconsistent with those given in our opinion in Hershberger v. Akron City Hosp. (1987), 34 Ohio St. 3d 1, 516 N.E. 2d 204. We remand this cause to the trial court for further consideration of the accrual date of the cause of action.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.